UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEI GAN, *et al.*,          )<br>                                                )<br>       Plaintiffs,              )<br>                                                )<br>       v.                            )<br>                                                )<br>UNITED STATES DEPARTMENT  )<br>OF HOMELAND SECURITY, *et al.*,  )<br>                                                )<br>       Defendants.           ) | Civil Action No. 16-711-RMC |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, by and through undersigned counsel, respectfully move for entry of an order granting summary judgment pursuant to Federal Rule of Civil Procedure 56, and Local Civil Rule 7 on the grounds that Defendants misapplied the facts and the law as to Plaintiffs eligibility for immigration investor classification under Section 203(b)(5) of the Immigration and Nationality Act, 8 U.S.C § 1153(b)(5), 8 C.F.R. § 204.6, its four precedential decisions, and related policies concerning the immigrant investor visa program.

Specifically, Plaintiffs seek declaratory and injunctive relief under Section 203(b)(5) of Immigration and Nationality Act (Count I), the Administrative Procedure Act, 5 U.S.C. § 701, *et seq*. (Count II), and the Declaratory Judgment Act, 28 U.S.C. § 2201(a) (Count II).

In support of this Motion, Plaintiffs are filing a Memorandum of Points and Authorities with a Statement of Facts per LCvR 7(h)(2), along with a Statutory and Regulatory Appendix. Pursuant to Local Rule 7(f), and within the sound discretion of the Court, Plaintiffs respectfully request oral argument on this Motion.

A proposed order is submitted herewith.

DATED: December 2, 2016

        Respectfully submitted,

        //s// *Jason D. Wright*
        Jason D. Wright (DC Bar # 1029983)

        Wright Law Firm
        40 Fulton Street, 23rd Floor
        New York, New York 10038
        Mobile: (202) 578-0260
        Office:  (212) 285-8000
        Fax:  (917) 677-8577
        jwright@jasonwrightesq.com

        *Attorney for Plaintiffs*