**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **WEI GAN**, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-711-RMC |
| | ) | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiffs Wei Gan, Wentao Huang, Jian Wang, Xue Wang, Xiaomeng Xu, and Lihong Yang and Defendants United States Department of Homeland Security ("DHS"); Jeh Johnson, Secretary of DHS; United States Citizenship and Immigration Services ("USCIS"); Leon Rodriguez, Director of USCIS; Ron Rosenberg, Chief of USCIS' Administrative Appeals Office; and Nicholas Coluci, Chief, USCIS' Office of Immigrant Investor Program, have administratively resolved this matter and hereby consent and stipulate to dismissal of the Plaintiff's complaint with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs, expenses, and fees.

DATED: May 23, 2017

Respectfully submitted,

//s// *Jason D. Wright*

Jason D. Wright, Esq.
DC Bar #1029983
Wright Law Firm
40 Fulton Street - 23rd Floor
New York, New York 10038
Direct: 212-285-8000 x. 6365
Mobile: 202-578-0260
Fax: 917-677-8577
E-mail: jwright@jasonwrightesq.com

*Counsel for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

//s// *Kathryne M. Gray*
KATHRYNE M. GRAY
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7386; Fax: (202) 305-7000
Email: kathryne.m.gray@usdoj.gov

*Attorneys for Defendants*